UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANGELO COLON,

Plaintiff,

v.

WALGREEN CO.,

Defendant.

Case No. 2:19-cv-00526-APG-BNW

ORDER

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 3) entered March 29, 2019, regarding removal of this case to federal district court. On April 12, 2019, defendant filed a signed Statement (ECF No. 11) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than May 22, 2019,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 8th day of May, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE